IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | |
| v. | |
| ARTHUR K. BARTLETT, | Civil Action No.:3:03CV463-MU |
| Defendant. | |

## ORDER

Upon consideration of Plaintiff Securities and Exchange Commission's Motion to Vacate Order and to Direct Payment of Funds to the United States Treasury, and all responses thereto;

IT IS HEREBY ORDERED that the Court's April 25, 2005 Order directing the Clerk of the Court to pay the funds held in the Court Registry Investment System ("CRIS") to LendingTree, Inc., is VACATED;

IT IS FURTHER ORDERED that the Clerk of this Court pay all funds presently being held in the CRIS in connection with the above captioned action, together with all interest accrued thereon, by check to the Office of Financial Management, Securities and Exchange Commission,

Operations Center, 6432 General Green Way, Mail Stop 0-3, Alexandria, Virginia 22312, under cover of a letter copied to the Commission's counsel of record that identifies the caption and action number of this case and the name of this Court, and that indicates that the funds are being paid for deposit by the Comptroller, Securities and Exchange Commission, into the United States Treasury;

IT IS FURTHER ORDERED that upon receipt of such funds, the Office of Financial Management, Securities and Exchange Commission, shall promptly remit the funds to the United States Treasury;

IT IS FURTHER ORDERED that the restitution Defendant may owe in *U.S. v. Bartlett*, No. 3:05CR8-V has been satisfied by Defendant's payment of disgorgement in this action to the Clerk of the Court;

**Signed: May 23, 2005**

Graham C. Mullen
Chief United States District Judge